# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: PRESTON M. TAYLOR         §     Case No. 15-80621
       GALE TAYLOR               §
                                 §
          Debtor(s)              §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/10/2015.

2) The plan was confirmed on 07/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 08/05/2016.

6) Number of months from filing or conversion to last payment: 19.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $42,130.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 11,795.00 | |
| Less amount refunded to debtor(s) | $ 2,461.90 | |
| **NET RECEIPTS** | | $ 9,333.10 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 696.78 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,696.78 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CARMAX AUTO FINANCE | Sec | 14,083.00 | 13,866.14 | 13,866.14 | 2,715.44 | 911.81 |
| JP MORGAN CHASE BANK NA | Sec | 6,830.00 | 6,830.72 | 6,830.00 | 0.00 | 0.00 |
| MAYA AUTO REPAIR INC | Sec | 3,918.00 | 2,753.00 | 2,753.00 | 1,009.07 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 692.00 | 941.79 | 941.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 242.44 | 242.44 | 0.00 | 0.00 |
| ABBBHH OUTPATIENT GROUP | Uns | 333.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Uns | 4,322.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FOOT & ANKLE CLINIC | Uns | 381.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN PEDIATRIC SPECIALTY | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LAB PHYSICIANS LTD | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 259.00 | 2,169.66 | 2,169.66 | 0.00 | 0.00 |
| ATG CREDIT LLC | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOCIATES OF | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA.COM | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| CASTLE PAYDAY | Uns | 300.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HOSPITAL | Uns | 3,620.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 10,380.00 | NA | NA | 0.00 | 0.00 |
| CLOUD 9 MARKETING | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 362.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 411.00 | 411.61 | 411.61 | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 365.85 | 365.85 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 410.00 | 451.00 | 451.00 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 735.00 | 2,207.32 | 2,207.32 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 4,342.00 | 17,546.40 | 17,546.40 | 0.00 | 0.00 |
| LAW OFFICES OF MARGARET A | Uns | 2,820.00 | NA | NA | 0.00 | 0.00 |
| MB FINANCIAL | Uns | 3,029.00 | NA | NA | 0.00 | 0.00 |
| MBNA AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 190.00 | NA | NA | 0.00 | 0.00 |
| MINUTEMAN DIAGNOSTIC OF | Uns | 57.00 | NA | NA | 0.00 | 0.00 |
| MY QUICK FUNDS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN PLAINS FUNDING LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 641.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN FINANCIAL | Uns | 1,215.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 1,215.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONS | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERV | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERV | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SCHAUMBURG TOWNSHIP | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 304.00 | NA | NA | 0.00 | 0.00 |
| SHEFFIELD MANOR CONDO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 3,803.00 | NA | NA | 0.00 | 0.00 |
| TARGET FINANCE | Uns | 600.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THE AFFILIATED GROUP I | Uns | 641.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 527.00 | 517.22 | 517.22 | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK / FINGERHUT FRES | Uns | 192.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 0.00 | 131,631.18 | 0.00 | 0.00 | 0.00 |
| WOW SCHAUMBURG | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| RAC ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 230.61 | 230.61 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 590.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 6,830.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,619.14 | $ 3,724.51 | $ 911.81 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 23,449.14 | $ 3,724.51 | $ 911.81 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 941.79 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 941.79 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 24,142.11 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,696.78 |
| Disbursements to Creditors | $ 4,636.32 |
| **TOTAL DISBURSEMENTS:** | $ 9,333.10 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.


Date:  01/26/2017         By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)